IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CARLOS HENDON,**<br><br>                              Plaintiff,<br><br>         v.<br><br>**RIGG, et al.,**<br><br>                              Defendants. | Case No. 2:10-cv-2864 KJM EFB P<br><br>**[~~PROPOSED~~] ORDER** |

GOOD CAUSE APPEARING, Defendant's request for an extension of time to file a reply to Plaintiff's opposition to Defendant's motion for summary judgment is GRANTED. Defendant shall file her reply no later than November 23, 2014.

IT IS SO ORDERED.

Dated:  October 14, 2014.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

[~~Proposed~~] Order (2:10-cv-2864 KJM EFB P)